| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>K&L Gates LLP<br>One Newark Center<br>1085 Raymond Boulevard, 10th Floor<br>Newark, NJ 07102<br>Telephone: (973) 848-4000<br>Facsimile: (973) 848-4001<br>Daniel M. Eliades, Esq. (DME-6203)<br>David S. Catuogno, Esq (DSC-1397)<br>Caitlin C. Conklin, Esq. (CCC-5117)<br>*Proposed Special Counsel for the Debtors and counsel to non-Debtor Plaintiffs* | |
| In re:<br><br>Supor Properties Enterprises LLC, *et al.*[1],<br><br>　　　　　　　　　　Debtors. | Case No. 24-13427 (SLM)<br>Judge: Stacey L. Meisel<br>Chapter 11<br><br>(Jointly Administered) |
| Supor Properties Enterprises LLC: J Supor 136-1 Realty LLC; Supor-172 Realty LLC; Supor Properties 600 Urban Renewal, LLC; JS Realty Properties, LLC; Supor Family LLC; Supor Properties-400 Limited Liability Company; and the Marital Trust under the Last Will and Testament of Joseph Supor, Jr.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　　　　　　　　v.<br><br>American Dream Resorts, Ltd., RDA1: Supor Properties Enterprises LLC; RDA 2&3: Supor Properties Enterprises LLC; RDA 4: J Supor 136-1Realty LLC; RDA 5: Supor 172 Realty LLC; RDA 6: Supor Properties 600 Urban Renewal, LLC; Supor Studio City 2 LLC, Supor Studio City 3 LLC; Supor Studio City 4 LLC and Supor MT, LLC<br><br>　　　　　　　　　　Defendants. | Adv. Pro. No. 24-01174 (SLM)<br><br><br>Hearing Date:  May 15, 2024<br>Hearing Time:  11:00 a.m. |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Supor Properties Enterprises LLC (5580); J Supor 136-1 Realty LLC (3205); Supor-172 Realty LLC (EIN No. 5662); Supor Properties Breiderhoft LLC (7258); Supor Properties Devon LLC (6357); Shore Properties Associates North LLC (6707); Supor Properties 600 Urban Renewal, LLC (8604); JS Realty Properties, LLC (2497); and Supor Properties Harrison Avenue, LLC (1728).

## CERTIFICATION OF SERVICE

1. I, Pavneet Kaur :

   ☐ represent the _____ in the above-captioned matter.

   ☒ am the secretary/paralegal for K & L Gates, who is proposed special counsel to the Debtors and counsel to the non-Debtor Plaintiffs in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On April 10, 2024, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   - Verified Complaint filed on April 7, 2024, in the captioned adversary proceeding.

   - Order To Show Cause for Injunction Against Disposition of Deeds to Real Properties and for Ejectment of Defendant Parties from Occupancy of Property

   - Plaintiffs' Memorandum of Law in Support of its Application by Order to Show Cause for a Preliminary Injunction and Turnover of Estate Property

   - Declaration of Joseph Supor III in Support of Order to Show Cause Seeking Emergent Relief

   - Proposed Order Enjoining Assignment, Transfer, Recording or Other Disposition of Deeds and Underlying Real Properties and Ejecting ADR Defendants from Possession and Occupancy of JS Realty Property

3. Defendant ADR has been served c/o its registered agent Joesph Gentile, Jr. and at its common mailing address. All other defendants have been served c/o their registered agent, Joseph Vozza, Esq., and at the common mailing address of their managing member. Defendant Supor MT LLC has also been served c/o Jesse Eisenberg, Esq. at the JDE law firm, which attorney/firm has appeared on behalf of Supor MT LLC in litigation currently pending in the Superior Court of New Jersey – Hudson County styled as *Crown Bank v Joseph Supor III, Subel Corporation, Supor Family LLC, Supor MT LLC, Frank E Rodgers 1 LLC*, et al (Docket No.: SWC F 010652-23 - Superior Court of New Jersey – Hudson County – New Jersey). The Office of the United States Trustee has been served with the aforesaid.

318268004.1

4.  I hereby certify under penalty of perjury that the above documents were sent to the listed parties using the mode of service indicated.

Dated:  April 10, 2024            /s/ Pavneet Kaur

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Peter J. D'Auria, Esq.<br>Office of the United States Trustee<br>One Newark Center Ste 2100<br>1085 Raymond Boulevard<br>Newark, NJ 07102<br>peter.j.d'auria@usdoj.gov | US Trustee – Notice of Appearance | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ ECF<br>☒ Other  E-Mail & FedEx Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| American Dream Resorts, Ltd.<br><br>c/o Joseph Gentile Jr.<br>jr@americandreamresorts.com<br><br>123 N. Sea Road #516<br>Southampton, New York 07032<br><br>Registered Agent | Defendant | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  E-Mail & FedEx Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| American Dream Resorts, Ltd<br>123 N. Sea Road #516<br>Southampton, New York 07032 | Defendant | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  FedEx Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| RDA 1: Supor Properties Enterprises, LLC<br><br>c/o Joseph C. Vozza Attorney at Law P.C.<br>jvozza@vozzalaw.com<br><br>135 Pinelawn Rd #125 N<br>Melville, NY 11747<br><br>Registered Agent | Defendant | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  E-Mail & FedEx Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| RDA 1: Supor Properties Enterprises, LLC<br><br>c/o American Dream Resorts, Ltd<br>123 N. Sea Road #516<br>Southampton, New York 07032<br><br>Managing Member | Defendant | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  FedEx Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

318268004.1

| Party | Role | Service Method |
|---|---|---|
| RDA 2&3: Supor Properties Enterprises LLC<br><br>c/o Joseph C. Vozza Attorney at Law P.C.<br>jvozza@vozzalaw.com<br><br>135 Pinelawn Rd #125 N<br>Melville, NY 11747<br><br>Registered Agent | Defendant | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  E-Mail & FedEx Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| RDA 2&3: Supor Properties Enterprises LLC<br><br>c/o American Dream Resorts, Ltd<br>123 N. Sea Road #516<br>Southampton, New York 07032<br><br>Managing Member | Defendant | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  FedEx Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| RDA 4: J Supor 136-1 Realty LLC<br><br>c/o Joseph C. Vozza Attorney at Law P.C.<br>jvozza@vozzalaw.com<br><br>135 Pinelawn Rd #125 N<br>Melville, NY 11747<br><br>Registered Agent | Defendant | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  E-Mail & FedEx Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| RDA 4: J Supor 136-1 Realty LLC<br><br>c/o American Dream Resorts, Ltd<br>123 N. Sea Road #516<br>Southampton, New York 07032<br><br>Managing Member | Defendant | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  FedEx Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| RDA 5: Supor 172 Realty LLC<br><br>c/o Joseph C. Vozza Attorney at Law P.C.<br>jvozza@vozzalaw.com<br><br>135 Pinelawn Rd #125 N<br>Melville, NY 11747<br><br>Registered Agent | Defendant | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  E-Mail & FedEx Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| | | |
|---|---|---|
| RDA 5: Supor 172 Realty LLC<br><br>c/o American Dream Resorts, Ltd<br>123 N. Sea Road #516<br>Southampton, New York 07032<br><br>Managing Member | Defendant | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  FedEx Overnight<br>(As authorized by the Court or by rule.<br>Cite the rule if applicable.) |
| RDA 6: Supor Properties 600 Urban Renewal, LLC<br><br>c/o Joseph C. Vozza Attorney at Law P.C.<br>jvozza@vozzalaw.com<br><br>135 Pinelawn Rd #125 N<br>Melville, NY 11747<br><br>Registered Agent | Defendant | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  E-Mail & FedEx Overnight<br>(As authorized by the Court or by rule.<br>Cite the rule if applicable.) |
| RDA 6: Supor Properties 600 Urban Renewal, LLC<br><br>c/o American Dream Resorts, Ltd<br>123 N. Sea Road #516<br>Southampton, New York 07032<br><br>Managing Member | Defendant | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  FedEx Overnight<br>(As authorized by the Court or by rule.<br>Cite the rule if applicable.) |
| Supor MT, LLC<br><br>c/o Joseph C. Vozza Attorney at Law P.C.<br>jvozza@vozzalaw.com<br><br>135 Pinelawn Rd #125 N<br>Melville, NY 11747<br><br>Registered Agent | Defendant | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  E-Mail & FedEx Overnight<br>(As authorized by the Court or by rule.<br>Cite the rule if applicable.) |
| Supor MT, LLC<br><br>c/o American Dream Resorts, Ltd<br>123 N. Sea Road #516<br>Southampton, New York 07032<br><br>Managing Member | Defendant | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  FedEx Overnight<br>(As authorized by the Court or by rule.<br>Cite the rule if applicable.) |

| Supor MT, LLC<br><br>c/o Jesse David Eisenberg, Esq.<br>JDE Law Firm, PLLC<br>710 Tennent Road Suite 301<br>Manalapan, New Jersey 07726<br><br>Jesse@jdelaw.nyc<br><br>Counsel of Record in Docket No.: SWC F 010652-23 (Superior Court of New Jersey – Hudson County – New Jersey | Defendant | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  E-Mail & FedEx Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|---|---|---|
| Supor Studio City 2 LLC<br><br>c/o Joseph C. Vozza Attorney at Law P.C.<br>jvozza@vozzalaw.com<br><br>135 Pinelawn Rd #125 N<br>Melville, NY 11747<br><br>Registered Agent | Defendant | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  E-Mail & FedEx Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Supor Studio City 2 LLC<br><br>c/o American Dream Resorts, Ltd<br>123 N. Sea Road #516<br>Southampton, New York 07032<br><br>Managing Member | Defendant | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  FedEx Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Supor Studio City 3 LLC<br><br>c/o Joseph C. Vozza Attorney at Law P.C.<br>jvozza@vozzalaw.com<br><br>135 Pinelawn Rd #125 N<br>Melville, NY 11747<br><br>Registered Agent | Defendant | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  E-Mail & FedEx Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Supor Studio City 3 LLC<br><br>c/o American Dream Resorts, Ltd<br>123 N. Sea Road #516<br>Southampton, New York 07032<br><br>Managing Member | Defendant | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  FedEx Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Supor Studio City 4 LLC<br><br>c/o Joseph C. Vozza Attorney at Law P.C.<br>jvozza@vozzalaw.com<br><br>135 Pinelawn Rd #125 N<br>Melville, NY 11747<br><br>Registered Agent | Defendant | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  E-Mail & FedEx Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|---|---|---|
| Supor Studio City 4 LLC<br><br>c/o American Dream Resorts, Ltd<br><br>123 N. Sea Road #516<br>Southampton, New York 07032<br><br>Managing Member | Defendant | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  FedEx Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

8

318268004.1