UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

JDE Law Firm, PLLC
710 Tennent Road Suite 301
Manalapan, New Jersey 07726
Telephone: (732) 490-7120
Jesse David Eisenberg, Esq.
(Bar No. 039242013)

Proposed Special Counsel for the Defendants

| | |
|---|---|
| In re:<br><br>Supor Properties Enterprises LLC, *et al.*[1],<br><br>　　　　　　　　　Debtors. | Case No. 24-13427 (SLM)<br>Judge: Stacey L. Meisel<br>Chapter 11<br><br>(Jointly Administered) |
| Supor Properties Enterprises LLC: J Supor 136-1 Realty LLC; Supor-172 Realty LLC; Supor Properties 600 Urban Renewal, LLC; JS Realty Properties, LLC; Supor Family LLC; Supor Properties-400 Limited Liability Company; and the Marital Trust under the Last Will and Testament of Joseph Supor, Jr.,<br><br>　　　　　　　　　Plaintiffs,<br>　　　　　　　　　v.<br><br>American Dream Resorts, Ltd., RDA1: Supor Properties Enterprises LLC; RDA 2&3: Supor Properties Enterprises LLC; RDA 4: J Supor 136-1Realty LLC; RDA 5: Supor 172 Realty LLC; RDA 6: Supor Properties 600 Urban Renewal, LLC; Supor Studio City 2 LLC, Supor Studio City 3 LLC; Supor Studio City 4 LLC and Supor MT, LLC<br><br>　　　　　　　　　Defendants. | Adv. Pro. No. 24-01174 (SLM) |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Supor Properties Enterprises LLC (5580); J Supor 136-1 Realty LLC (3205); Supor-172 Realty LLC (EIN No. 5662); Supor Properties Breiderhoft LLC (7258); Supor Properties Devon LLC (6357); Shore Properties Associates North LLC (6707); Supor Properties 600 Urban Renewal, LLC (8604); JS Realty Properties, LLC (2497); and Supor Properties Harrison Avenue, LLC (1728).

**DEFENDANTS' WITNESS LIST**

1. Joseph Gentile, Jr. 123 North Sea Road, Unit 516 Southampton, NY 11968.

2. Joseph Supor III-583 Princeton Avenue, Brick, NJ 08724.

3. Linda Supor-583 Princeton Avenue, Brick, NJ 08724.

4. Todd Bright-451 Broad Street, Apt 2, Carlstadt, NJ 07072.

5. Juliann Supor-67 Jefferson Avenue, Lodi, NJ 07644.

6. Louis Pontoriero-18 Tall Oaks Drive Monroe Township, NJ 08831.

7. Kevin Cassidy-312 Saw Mill Lane, Wyckoff, NJ 07481.

8. Any witnesses needed to authenticate documents to be produced at trial.

9. Any witnesses listed or called by any other party.

10. Any expert needed to address, respond to, or rebut any expert opinion, report or other testimony produced, discovered or offered at trial by any other party.

11. Any person needed to rebut or impeach the testimony of any person called as a witness at trial.

          JDE Law Firm, PLLC

          Attorneys for Defendants

          _____

          Jesse David Eisenberg, Esq.

Dated: May 10, 2024