| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>K&L Gates LLP<br>One Newark Center<br>1085 Raymond Boulevard, 10th Floor<br>Newark, NJ 07102<br>Telephone: (973) 848-4000<br>Facsimile: (973) 848-4001<br>Daniel M. Eliades, Esq. (DME-6203)<br>David S. Catuogno, Esq (DSC-1397)<br>Caitlin C. Conklin, Esq. (CCC-5117)<br>*Special Counsel for the Debtors and counsel to non-Debtor Plaintiffs* | |
| In re:<br><br>Supor Properties Enterprises LLC, *et al.*[1],<br><br>                Debtors. | Case No. 24-13427 (SLM)<br>Judge: Stacey L. Meisel<br>Chapter 11<br><br>(Jointly Administered) |
| Supor Properties Enterprises LLC: J Supor 136-1 Realty LLC; Supor-172 Realty LLC; Supor Properties 600 Urban Renewal, LLC; JS Realty Properties, LLC; Supor Family LLC; Supor Properties-400 Limited Liability Company; and the Marital Trust under the Last Will and Testament of Joseph Supor, Jr.,<br><br>                Plaintiffs,<br>                v.<br><br>American Dream Resorts, Ltd., RDA1: Supor Properties Enterprises LLC; RDA 2&3: Supor Properties Enterprises LLC; RDA 4: J Supor 136-1Realty LLC; RDA 5: Supor 172 Realty LLC; RDA 6: Supor Properties 600 Urban Renewal, LLC; Supor Studio City 2 LLC, Supor Studio City 3 LLC; Supor Studio City 4 LLC and Supor MT, LLC<br><br>                Defendants. | Adv. Pro. No. 24-01174 (SLM)<br><br><br>Hearing Date: May 20, 2024<br><br>Hearing Time: 10:00 a.m. |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Supor Properties Enterprises LLC (5580); J Supor 136-1 Realty LLC (3205); Supor-172 Realty LLC (EIN No. 5662); Supor Properties Breiderhoft LLC (7258); Supor Properties Devon LLC (6357); Shore Properties Associates North LLC (6707); Supor Properties 600 Urban Renewal, LLC (8604); JS Realty Properties, LLC (2497); and Supor Properties Harrison Avenue, LLC (1728).

318696718.2

**PLAINTIFFS' WITNESS LIST**

Supor Properties Enterprises LLC; J Supor 136-1 Realty LLC; Supor-172 Realty LLC; Supor Properties 600 Urban Renewal, LLC; JS Realty Properties, LLC; Supor Family LLC; Supor Properties-400 Limited Liability Company; and the Marital Trust under the Last Will and Testament of Joseph Supor, Jr., (each a "Plaintiff" and collectively, the "Plaintiffs") submit this Witness List for the hearing on Order to Show Cause scheduled for May 20, 2024 at 10:00 a.m. (*See* ECF Nos. 4 and 14):

**I.  Witnesses**

1. Joseph Supor, III.

2. Kevin Cassidy - Global International Advisors, LLC.

3. Lou Pontoriero - Global International Advisors, LLC.

4. Ben Shapiro - CBRE, Inc.

5. Andrea Dobin - Chapter 11 Trustee/Plan Administrator - Supor Properties Bergen Avenue LLC, Bankruptcy Case No. 23-15785 (SLM).

6. Mark Triano - employee of Harrison/Warehouse Corporation.

7. Any witness listed by any other party.

8. Any witness necessary to rebut the testimony of a witness called or designated by any other party.

318696718.2

## II. Reservations

The identification of a potential witness on this list does not require Plaintiffs to call said witness(es) to testify at the scheduled hearing. Plaintiffs reserve the right to not call any of the witnesses listed herein, and further reserve the right to amend or supplement this list.

Respectfully submitted,

K&L Gates LLP
One Newark Center
1085 Raymond Boulevard, 10th Floor
Newark, NJ 07102
Telephone: (973) 848-4000
Facsimile: (973) 848-4001
Daniel M. Eliades, Esq. (DME-6203)
David S. Catuogno, Esq (DSC-1397)
Caitlin C. Conklin, Esq. (CCC-5117)
*Special Counsel for the Debtors and counsel to non-Debtor Plaintiffs*

By: /s/ *Daniel M. Eliades*
    Daniel M. Eliades

Dated: May 10, 2024

318696718.2