# **EXHIBIT C**

## JOSEPH C. VOZZA ATTORNEY AT LAW, P.C.

135 PINELAWN ROAD
SUITE 125 NORTH
MELVILLE, NEW YORK 11747

jvozza@vozzalaw.com

TELEPHONE
(631) 719-9300

TELECOPIER
(631) 759-4566

February 29, 2024

American Dream Resorts, Ltd.
123 N. Sea Road – Unit 516
Southampton, NY 11968
Attention Joseph Gentile
jr@americandreamresorts.com

TeamDream Inc.
193 Park Avenue, Unit 313
E. Rutherford, NJ 07073
Attention Joseph Gentile
jr@teamdreaminc.com

Joseph Supor, III
33 Bergen Avenue
Kearny, New Jersey, 07032
joesupor@jsupor.com

**RE: Withdrawal of Legal Representation**

Dear Mr. Gentile and Mr. Supor:

     As you are aware pursuant to the Operating Agreements dated as of May 16, 2023 between American Dream Resorts, Ltd. ("ADR") and (i) Supor Properties Enterprises LLC (RDA #1); (ii) Supor Properties Enterprises LLC (RDA #2 & 3); (iii) J Supor 136-1Realty LLC (RDA #4); (iv) Supor 172 Realty LLC (RDA #5); (v) Supor Properties 600 Urban Renewal, LLC (RDA #6); (vi) The Marital Trust Under the Last Will and Testament of Joseph Supor Jr.; and (vii) Supor Family LLC, the foregoing are collectively referred to as the "Operating Agreements" all parties waived any potential or actual conflict of interest with the law firm of Joseph C. Vozza Attorney At Law P.C. and requested our firm to represent the entities, member companies, or individuals comprising the LLC's.

      This firm was engaged to act in a corporate counsel capacity for the entities and act as New York counsel for any necessary matters. Furthermore, this firm has, on request of the parties and pursuant to the conflict waiver executed by the parties, represented jointly and individually your related interests on other matters outside of the proposed business venture identified in the Operating Agreements.

      In light of the recent correspondence, claims of default and alleged termination of operating agreements our firm will be withdrawing as counsel to the entities, any member companies or in any capacity to you as individuals. Please also accept this correspondence as notice that Joseph C. Vozza will resign from any individual capacity and/or role with Team Dream Inc. and American Dream Resorts, Ltd. effective immediately.

      Moreover, please be advised that the allegation in the letter dated February 15, 2024, Notice of Default and Termination of Operating Agreements served by Daniel M. Eliades, Esq. making accusations that this firm or Jospeh C. Vozza, Esq. personally was involved in the recording of any deeds relating to the business venture between the parties is false and inaccurate. The law firm of Joseph C. Vozza Attorney At Law P.C. or Joseph C. Vozza, Esq. never recorded a deed, acted in any manner to facilitate the recording of a deed or had knowledge of the recording of a deed for the property commonly known as 310-314 Manor Avenue, Harrison, New Jersey (the "310-314 Manor Ave. Property") on June 5, 2023 in favor of Supor MT LLC. There was no participation by this firm or Joseph C. Vozza, Esq. in the recording of this Deed and both Mr. Gentile and Mr. Supor should have specific knowledge that this allegation raised by Mr. Eliades is false.

      Please be advised that we will continue to abide by all confidentiality agreements, non-circumvention agreements and of course continue to remain bound by attorney client privilege.

      We shall submit a final invoice for our legal services and respectfully request payment be tendered within thirty (30) days of receipt.

      This letter is without prejudice or waiver of any of the rights, claims or remedies and we hereby reserve all rights, claims and remedies available to us.

      I wish all parties the best of luck in your future endeavors.

      Sincerely,

      Joseph C. Vozza, Esq