# **<u>EXHIBIT G</u>**

# K&L GATES

April 25, 2024

David S. Catuogno
D 973.848.4023
David.catuogno@klgates.com

Via Federal Express – First Class Mail -- E-mail
American Dream Resorts, Ltd.
123 N. Sea Road – Unit 516
Southampton, NY  11968
jr@americandreamresorts.com

    Re:    Supor Properties Enterprises LLC, et al.
           Bankruptcy Case No. 24-13427 (SLM)

           Supor Properties Enterprises LLC, et al., v. American
           Dream Resorts, Ltd, et al.,
           Adv. Pro. No. 24-1174 (SLM)

Dear Sir/Madam:

This firm represents JS Realty Properties, LLC ("JS Realty") in connection with (i) the above referenced jointly administered bankruptcy proceedings pending in the United States Bankruptcy Court in the District of New Jersey (the "Bankruptcy Case"), and (ii) the above referenced adversary proceeding (the "Adversary Proceeding"). As referenced in the Bankruptcy Case and Adversary Proceeding, JS Realty owns the real property located at 500 Supor Blvd., Harrison, NJ, a/k/a 401 Supor Blvd. (the "401 Supor Property").

The Adversary Proceeding seeks, among other things, to compel removal of American Dreams Resorts, Ltd and/or its affiliated entities and individuals, (collectively, "ADR") from unauthorized occupancy of the 401 Supor Property. As noted in the Adversary Proceeding, ADR has no legally cognizable rights or entitlements to the 401 Supor Property or the occupancy thereof.

On numerous prior occasions, JS Realty has demanded that ADR immediately vacate, and/or other quit and surrender possession or occupancy of the 401 Supor Property. As of today, ADR has refused to comply with these demands and persists in its unauthorized possession of a portion of the 401 Supor Property.

It is our understanding that, in addition to its unauthorized and illegitimate occupancy of the 401 Supor Property, ADR is affirmatively interfering with the rights of third parties with

K&L GATES LLP
ONE NEWARK CENTER   TENTH FLOOR   NEWARK   NJ  07102
T +1 973 848 4000  F +1 973 848 4001  klgates.com
Anthony P. La Rocco, Managing Partner, New Jersey
314960493.2

respect to personal property located at the 401 Supor Property. Specifically, there is a RICOH copy machine, Serial No. 3149M330152 (the "Copy Machine") located at the premises. That Copy Machine was the subject of a lease between J Supor LLC and DeLAnge Landen Financial Services ("DeLange Landen"). J Supor LLC is an affiliate of JS Realty. J Supor LLC recently requested that the lessor pick up the Copy Machine from the 401 Supor Property and JS Realty consented to same. J Supor LLC was advised that the Copy Machine would be picked up by LeaseDirect.

We are advised that Joseph Gentile Sr. was requested to put the Copy Machine in the hallway or otherwise allow access to the 401 Supor Property so it could be retrieved by its rightful owner. We are also advised that Mr. Gentile refused this request, asserting that it was "his copier" and he would not allow anyone to take it.

The Copy Machine was leased by J Supor LLC from DeLange Landen. ADR has never had an interest in the copier or any authority or license to use same. By refusing to allow the removal of the Copy Machine, ADR is interfering with the property rights of third parties and, by denying access to the 401 Supor Property, ADR is impermissibly exercising dominion and control over property of the JS Realty bankruptcy estate in violation of federal law.

It is JS Realty's intention to apply to the Bankruptcy Court to authorize LeaseDirect to access the 401 Supor Property to take possession of the Copy Machine and to direct ADR and its affiliates to allow/cooperate with said removal. If ADR determines to voluntarily allow/cooperate with the removal of the copy machine, please advise immediately. Failing such advice, JS Realty intends to proceed with an application to the Court as indicated above.

JS Realty specifically reserves and preserves all rights, remedies, and claims available to it at law or in equity. All rights remedies and claims of debtors and plaintiffs in the Bankruptcy Cases and Adversary Proceeding are reserved, and are none are waived, modified or compromised.

Very truly yours,

*/s/ David S. Catuogno*

David S. Catuogno

cc:    Joseph Gentile, Sr. (Via First Class Mail -- 401 Supor Blvd, Harrison, NJ 07029)
       Daniel M. Eliades, Esq.

314960493.2