# **EXHIBIT B**

**MS&B**  McMANIMON · SCOTLAND · BAUMANN          427 Riverview Plaza, Trenton, New Jersey 08611 | (609) 695-6070

**Andrea Dobin**
Direct Dial: (973) 323-8667
adobin@msbnj.com

Client No. 18811-1149

December 27, 2023

**Via Federal Express and**
**Certified (RRR) Mail**
TeamDream Inc.
c/o AD3D-ADND Corp.
193 Park Avenue, Unit 313
East Rutherford, NJ 07073
**Attn: President, Responsible Officer and/or Agent**

Re:   In re Supor Properties Bergen Avenue, LLC
      Chapter 11 Case No. 23-23-15758 (SLM)

      Commercial Lease Agreement dated January 1, 2023 Between Supor Properties Bergen Ave LLC and TeamDream Inc. for Leased Premises Located at 433 Bergen Avenue, Unit 5, Kearny, New Jersey

                  **NOTICE TO QUIT AND DEMAND FOR POSSESSION**

Dear President, Responsible Officer and/or Agent:

    This firm serves as counsel to Andrea Dobin, as Chapter 11 Trustee ("**Trustee**") for Supor Properties Bergen Avenue, LLC, Chapter 11 debtor ("**Debtor**"). The Debtor commenced a voluntary Chapter 11 bankruptcy proceeding in the United States Bankruptcy Court for the District of New Jersey at Case No. 23-15758 (SLM) on July 5, 2023 ("**Filing Date**").

    Reference is made to that purported commercial Lease Agreement ("**Lease**") between the Debtor and TeamDream Inc. ("**Tenant**") dated January 1, 2023 for the leased premises located at 433 Bergen Avenue, Unit 5, Kearny, New Jersey ("**Leased Premises**").

    1.   **PRESENT LEASE**. On January 1, 2023, Tenant executed that certain Lease with the Debtor to rent the Leased Premises. The Lease is for a term of ten (10) years, with a ten (10) year option to renew.

    2.   **TERMINATION OF LEASE**. The Lease is TERMINATED as of January 12, 2024 ("**Termination Date**"), which is at least ten (10) business days from Tenant's receipt of this Notice.

TeamDream Inc.
December 27, 2023
Page 2

3. **DEMAND FOR POSSESSION**. Tenant must leave and vacate the Leased Premises by the Termination Date, and [peacefully] deliver possession of same to the Trustee, broom-clean and in good order, condition and repair.

4. **REASONS**. The Lease is terminated because, at a minimum:

   a. Tenant has failed to pay rent of [up to] $175,000 per month since the Filing Date and, upon information and belief, prior to the Filing Date. Pursuant to the Lease, ¶ 12, the non-payment of rent is a monetary default under the Lease;

   b. Tenant is not registered to do business in the State of New Jersey, thereby rendering the Lease null and void. Pursuant to the Lease, ¶ 12, this constitutes a non-monetary default under the Lease; and

   c. Tenant is not in possession of the Leased Premises. The Trustee inspected the Leased Premises on December 8, 2023 and, upon information and belief, no contents of the Tenant were located in the Leased Premises.

Accordingly, Tenant's right to possession terminates on the Termination Date, and Tenant must quit and vacate by that date. This means that, pursuant to the Lease, ¶ 11, the Tenant must surrender and deliver possession of the Leased Premises to the Trustee. Should Tenant fail to deliver possession of the Premises by the Termination Date, the Trustee will have no alternative but to commence legal action to enforce her rights and remedies, including the right to possession and monetary damages and eviction by the United States Marshals Service.

TeamDream Inc.
December 27, 2023
Page 3

       Please be guided accordingly. Should you have any questions, please do not hesitate to contact me.

       Very truly yours,

       Andrea Dobin

cc:    TeamDream Inc. (via Federal Express and certified (RRR) mail)
       401 Supor Boulevard, First Floor
       Harrison, New Jersey 07029
       **Attn: President, Responsible Officer and/or Agent**

       TeamDream Inc. (via Federal Express and certified (RRR) mail)
       433 Bergen Avenue, Unit 5
       Kearny, New Jersey 07032
       **Attn: President, Responsible Officer and/or Agent**

       Jeffrey Tomei, Esq. (via e-mail)
       Michele M. Dudas (via e-mail)

4869-7347-9833, v. 1